UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARY BONNECAZE, JIM RUNDELL | * | CIVIL ACTION |
| AND SHARON RUNDELL, AS HEIRS | * | |
| OF THE ESTATE OF JOEL RUNDELL | * | NO. 2:14-cv-01774 |
| | * | |
| VERSUS | * | JUDGE IVAN LEMELLE |
| | * | |
| | * | |
| EZRA & SONS, LLC, KEVIN GRIFFIN | * | MAGISTRATE JUDGE KAREN ROBY |
| AND TOM DRUMMOND | * | |
| | * | |

---

**MEMORANDUM IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES**

---

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Cary Bonnecaze, Jim Rundell and Sharon Rundell, as heirs of the Estate of Joel Rundell, who submit the following memorandum in support of their motion for award of attorneys' fees:

**BACKGROUND FACTS**

Plaintiffs served a Notice of Deposition and Subpoena Duces Tecum on Defendant, Kevin Griffin, through his counsel of record, on January 28, 2016.  The Subpoena Duces Tecum requested that Mr. Griffin produce certain documents at his deposition on February 3, 2016. However, Mr. Griffin failed to produce all of the documents requested in the Subpoena Duces Tecum. On February 11, 2016, Plaintiffs' filed a Motion to Compel against the Defendants to compel the production of the documents Mr. Griffin admitted he had in his possession but did not produce. (Doc. 50). The Motion to Compel was unopposed by the Defendants. On March 28, 2016, this Court granted Plaintiffs' Motion to Compel, ordering the Defendants produce the responsive documents no later than ten (10) days from the signing of the order. (Doc. 79). The

court further ordered Plaintiffs to file a motion to fix attorneys associated with the filing of the Motion to Compel.  (Doc. 79).

## LAW AND ARGUMENT

### A.  Plaintiffs' Attorneys' Fees are Reasonable and Should be Awarded.

Pursuant to F.R.C.P. Rule 37, reasonable expenses, including attorney fees incurred in connection with the Motion to Compel, should be awarded to the prevailing party.  Attorneys' fees are calculated using the "lodestar" method, which determines the number of compensable hours multiplied by a determined hourly rate based on the prevailing market rate for the community or jurisdiction in question.  *Louisiana Power & Light Co. v. Kellstrom,* 50 F.3d 319, 323-24 (5th Cir.1995); *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714, 717-19 (5th Cir.1974).

Plaintiffs aver that under the "lodestar" factors that their attorneys' fees are reasonable. The factors usually considered in determining a reasonable fee are: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitation imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.

Affidavits setting forth the experiences and qualification of each person who worked on the case are attached to this motion as **Exhibits 1 and 2,** with a contemporaneous report reflecting the date, time involved, and nature of the services performed.

In the course of their representation concerning the Motion to Compel, Plaintiffs' counsel expended 11.5 hours performing necessary legal services in connection with the successful prosecution of the Motion to Compel and preparation of the Motion to Fix Attorneys Fees for a total of $2,400.00 for its work, all of which is more fully detailed in Exhibit 1-A.

Plaintiffs' counsel billed at the following rates:  (1) Roy H. Maughan, Jr. partner at Maughan Law, charged $250.00 per hour; and (2) Namisha D. Patel, associate attorney at Maughan Law, charged $200.00 per hour.  **See Exhibit 1, Affidavit of Roy H. Maughan, Jr. and Exhibit 2, Affidavit of Namisha D. Patel.**

Roy H. Maughan, Jr. is an attorney at law duly licensed to practice before the courts of this state (1986), federal district courts sitting in this state, the U.S. Fifth Circuit Court of Appeal as well as the U.S. Supreme Court and has been engaged in the active practice of law for over 29 years. He is a 1986 graduate of the LSU Paul M. Hebert Law Center, and partner in The Maughan Law Firm, L.L.C. As the attorney primarily responsible for this litigation, he directed the course of the litigation and supervised the work performed in this matter, including the filing of the Motion to Compel. **See Generally Exhibit 1, Affidavit of Roy H. Maughan, Jr.**

Namisha D. Patel is an attorney at law duly licensed to practice before the state and federal courts of Louisiana and California, as well as the U.S. Supreme Court, and United States Court of Appeals for the Fifth Circuit. She is a 2007 graduate of Southwestern Law School, Los Angeles, California and has been engaged in the active practice of law for 7 years.  She performed the necessary legal research and drafted the Motion to Compel and accompanying memorandum in support filed in this matter. **See Generally Exhibit 2, Affidavit of Namisha D. Patel.**

The rates that the attorneys for Plaintiffs charged in this case are the firm's normal hourly rates and are customary hourly rates for lawyers and other staff in this type of case. The hourly rates are reasonable in comparison to the prevailing market rate in the local community for legal services of this type by attorneys with comparable skills and experience. Because all fees billed by undersigned counsel were reasonable and customary for this type of action, Plaintiffs request that their Motion for Award of Attorneys' Fees be granted.

## CONCLUSION

In light of the foregoing, Plaintiffs' Motion for Attorneys' Fees should be granted in the amount of $2,400.00.

> **RESPECTFULLY SUBMITTED:**
> **MAUGHAN LAW FIRM**
>
> *s/ Roy H. Maughan, Jr.* .
> **ROY H. MAUGHAN, JR., #17672**
> **NAMISHA D. PATEL, #31911**
> **JOSHUA D. ROY, #34743**
> **634 CONNELL'S PARK LANE**
> **BATON ROUGE, LOUISIANA 70806**
> **TELEPHONE: 225-926-8533**
> **FAX: 225-926-8556**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

> *s/ Roy H. Maughan, Jr.* .
> **ROY H. MAUGHAN, JR.**